UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CEDRIC FRENEY | ) | CASE NO. 1:16-CV-2492 |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE |
| | ) | WILLIAM H. BAUGHMAN |
| vs. | ) | |
| | ) | **ORDER DISMISSAL AND** |
| HEZ ENTERPRISES LLC, et al. | ) | **APPROVING SETTLEMENT** |
| | ) | |
| Defendants. | ) | |

THIS CAUSE having come before the Court on the Joint Motion for Approval of Settlement and Stipulation of Dismissal with Prejudice as to Plaintiff's Complaint, such stipulation including the parties' Joint Stipulation of Settlement and Release, and due cause appearing therefore, it is hereby:

ORDERED AND ADJUDGED as follows:

1. This Court hereby accepts and approves the proposed settlement and holds that proposed settlement submitted by the parties is a fair and reasonable settlement of a bona fide dispute over the provisions of the Fair Labor Standards Act;

2. The Court orders that the settlement payments be distributed in the manner, and subject to the terms and conditions, set forth in the Joint Stipulation; and

3. The above case is hereby DISMISSED WITH PREJUDICE; each party to bear his/its own attorneys' fees and costs except as otherwise provide by the Joint Stipulation. All pending deadlines are stricken as moot. This Court shall retain jurisdiction to enforce the parties' settlement agreement.

ORDERED this __6th__ day of ___December_____, 2018.

    __s/William H. Baughman Jr._____
MAGISTRATE JUDGE WILLIAM H. BAUGHMAN